BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY of the United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:12-cv-01642 LJO-SAB<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE** |

Plaintiff, San Joaquin Community Hospital, and Defendant, Kathleen Sebelius, United States Secretary of Health and Human Services, for the reasons set forth in the Joint Declaration of Benjamin E. Hall and Richard F. Marotti filed herewith, stipulate and request that the Court enter an order modifying the summary judgment briefing as follows:

| | Original Date: | Modified Date: |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | September 6, 2013 | October 7, 2013 |
| Defendant's Opposition and Cross-MSJ | October 4, 2013 | November 4, 2013 |
| Plaintiff's Opposition and Reply | October 25, 2013 | November 25, 2013 |
| Defendant's Reply | November 8, 2013 | December 13, 2013 |

The parties further request that they be relieved from the obligation of filing statements of undisputed fact, for the reasons set forth in the attached joint declaration.

Respectfully submitted,

Dated:  August 30, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated:  August 30, 2013

MURPHY, AUSTIN, ADAMS,
    SCHOENFIELD, LLP

 /s/ Richard F. Marotti
RICHARD F. MAROTTI
Attorneys for Plaintiff
[Authorized 8/30/13]

## ORDER

Based on the parties' representations, this Court MODIFIES the summary judgment briefing schedule as requested and RELIEVES the parties from the requirement of filing statements of undisputed fact.  This Court further encourages the parties to entertain a settlement conference if conducting one would be beneficial to resolve this action.

IT IS SO ORDERED.

Dated:   **August 30, 2013**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE