FRANK P. FEDOR, SBN 110915
RICHARD F. MAROTTI, SBN 267336
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:	(916) 446-2300
Facsimile:	(916) 503-4000
Email:	ffedor@murphyaustin.com
Email:	rmarotti@murphyaustin.com

Attorneys for Plaintiff
San Joaquin Community Hospital

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL,<br><br>            Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>            Defendant. | Case No.  1:12-cv-01642 LJO-SAB<br><br>**ORDER RE MOTION TO EXTEND BRIEFING SCHEDULE TO ALLOW FOR COMPLETION OF SETTLEMENT** |

Based on plaintiff San Joaquin's representations and defendant Secretary Sebelius' non-opposition to the motion, this court MODIFIES the summary judgment briefing schedule as follows: San Joaquin's summary judgment motion is due thirty days after the federal government resumes normal operation. This court will schedule dates for opposition and reply briefing once the government resumes normal operation, unless settlement of the case makes such rescheduling unnecessary.

IT IS SO ORDERED.

Dated:	**October 3, 2013**	            **/s/ Lawrence J. O'Neill**
	UNITED STATES DISTRICT JUDGE

- 1 -                                                                                   2867.003-1511504.1

PROPOSED ORDER RE MOTION TO EXTEND BRIEFING SCHEDULE    1:12-CV-01642 LJO-SAB