# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOPSITAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN SEBELIUS,<br><br>　　　　　Defendant. | Case No.  1:12-cv-01642-LJO-SAB<br><br>ORDER RE MOTION TO EXTEND TIME<br><br>ECF NO. 18 |

　　　　On October 2, 2013, Plaintiff San Joaquin Community Hospital ("Plaintiff") filed a motion to extend the deadline to file a motion for summary judgment in this action.  (ECF No. 18.)  Pursuant to the Court's August 30, 2013 order modifying the briefing schedule, the deadline to file a motion for summary judgment is October 7, 2013.  (ECF No. 17.)  Plaintiff seeks an extension because it appears the parties may have reached a settlement agreement, but due to the federal government shutdown, Defendant's attorneys are unavailable to finalize the settlement.

　　　　In light of the circumstances, the Court will stay this action until the federal shutdown is lifted and funding for Defendant and their attorneys is restored.  The parties shall file a notice with the Court within three court days after funding is restored along with a joint statement setting forth a proposed briefing schedule for dispositive motions as well as any other dates and deadlines affected by the federal government shutdown.

/ / /

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. This action is STAYED until funding for Defendant and their attorneys is restored;

2. The parties shall file a notice with the Court within three court days after funding is restored along with a proposed order lifting this stay; and

3. The parties shall file a joint statement within three court days after funding is restored setting forth a proposed briefing schedule for dispositive motions as well as any other dates and deadlines affected by the federal government shutdown.

IT IS SO ORDERED.

Dated: **Oct 3, 2013**

United States Magistrate Judge