# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL, | Case No. 1:12-cv-01642-LJO-SAB |
| Plaintiff, | ORDER VACATING PRIOR COURT ORDER |
| v. | ECF NO. 21 |
| KATHLEEN SEBELIUS, | |
| Defendant. | |

On October 3, 2013, the undersigned magistrate judge issued an order staying this action. This order was issued in error and will therefore be vacated.

Accordingly, it is HEREBY ORDERED that the Court's October 3, 2013 Order Re Motion To Extend Time is VACATED (ECF No. 21).

IT IS SO ORDERED

Dated:   **October 4, 2013**

_____
UNITED STATES MAGISTRATE JUDGE