# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> KATHLEEN SEBELIUS, <br><br> Defendant. | Case No.  1:12-cv-01642-LJO-SAB <br><br> ORDER VACATING PRIOR COURT ORDER <br><br> ECF NO. 21 |

On October 3, 2013, the undersigned magistrate judge issued an order staying this action. This order was issued in error and will therefore be vacated.

Accordingly, it is HEREBY ORDERED that the Court's October 3, 2013 Order Re Motion To Extend Time is VACATED (ECF No. 21).

IT IS SO ORDERED

Dated:   __October 4, 2013__

_____
UNITED STATES MAGISTRATE JUDGE