BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY of the United States Department of Health and Human Services,<br><br>Defendant. | **Case No. 1:12-cv-01642 LJO-SAB**<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Plaintiff, San Joaquin Community Hospital, and Defendant, Kathleen Sebelius, United States Secretary of Health and Human Services, for the reasons set forth in the Joint Declaration of Benjamin E. Hall and Richard F. Marotti filed herewith, stipulate and request that the Court enter an order modifying the summary judgment briefing as follows:

|  | Current Date: | Modified Date: |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | November, 16 2013[1] | April 25, 2014 |
| Defendant's Opposition and Cross-MSJ | TBD[2] | As needed |

---

[1] Per this Court's 10/3/13 order (Doc. 20) that Plaintiff's Motion for Summary Judgment would be due thirty days after the government shutdown ended and the government resumed normal operation.

[2] Also per this Court's 10/3/13 order.

STIPULATION AND ORDER
TO MODIFY BRIEFING SCHEDULE

1

| | | |
|---|---|---|
| Plaintiff's Opposition and Reply | TBD | As needed |
| Defendant's Reply | TBD | As needed |

Dated: November 13, 2013

        Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated: November 13, 2013

MURPHY, AUSTIN, ADAMS,
   SCHOENFIELD, LLP

/s/ Richard Marotti
RICHARD MAROTTI
Attorneys for Plaintiff

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: November 13, 2013

        /s/ Lawrence J. O'Neill
        United States District Judge