BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, SECRETARY of the United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:12-cv-01642 LJO-SAB<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND BRIEFING SCHEDULE TO ALLOW FOR APPROVAL OF SETTLEMENT** |

Plaintiff, San Joaquin Community Hospital, and Defendant, Kathleen Sebelius, United States Secretary of Health and Human Services, for the reasons set forth in the Joint Declaration of Benjamin E. Hall and Richard F. Marotti filed herewith, stipulate and request that the Court enter an order modifying the summary judgment briefing as follows:

| | Current Date: | Modified Date: |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | April 25, 2014 | July 3, 2014 |
| Defendant's Opposition and Cross-MSJ | TBD | TBD |
| Plaintiff's Opposition and Reply | TBD | TBD |
| Defendant's Reply | TBD | TBD |

1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  April 23, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendant |
| Dated:  April 23, 2014 | MURPHY, AUSTIN, ADAMS,<br>    SCHOENFIELD, LLP |
|   | [Authorized April 23, 2014] |
|   | /s/ Richard F. Marotti<br>RICHARD F. MAROTTI<br>Attorneys for Plaintiff |

## **ORDER**

Good cause appearing, IT IS SO ORDERED.

Dated:  April 23, 2014                                         /s/ Lawrence J. O'Neill
                                                                United States District Judge