1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Defendant
7
8
9               IN THE UNITED STATES DISTRICT COURT
10              EASTERN DISTRICT OF CALIFORNIA
11
12  SAN JOAQUIN COMMUNITY HOSPITAL,      **Case No. 1:12-cv-01642 LJO-SAB**
13                      Plaintiff,        **STIPULATION AND ORDER TO
                                          MODIFY BRIEFING SCHEDULE**
14              v.
15  KATHLEEN SEBELIUS, SECRETARY of the
    United States Department of Health and Human
16  Services,
17                      Defendant.
18
19       Plaintiff, San Joaquin Community Hospital, and Defendant, Sylvia Mathews Burwell, United

20  States Secretary of Health and Human Services, for the reasons set forth in the Joint Declaration of

21  Benjamin E. Hall and Richard F. Marotti filed herewith, stipulate and request that the Court enter an

22  order modifying the summary judgment briefing as follows:

| | Current Date: | Modified Date: |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | July 3, 2014 | September 4, 2014 |
| Defendant's Opposition and Cross-MSJ | TBD | TBD |
| Plaintiff's Opposition and Reply | TBD | TBD |
| Defendant's Reply | TBD | TBD |

28

Respectfully submitted,

Dated:  June 30, 2014

BENJAMIN B. WAGNER
United States Attorney

_/s/ Benjamin E. Hall_
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendant

Dated:  June 30, 2014

MURPHY, AUSTIN, ADAMS,
   SCHOENFIELD, LLP

[Authorized June 30, 2014]

_/s/ Richard F. Marotti_
RICHARD F. MAROTTI
Attorneys for Plaintiff

## ORDER

Good cause appearing, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  __July 1, 2014__          __/s/ Lawrence J. O'Neill__
UNITED STATES DISTRICT JUDGE