# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN COMMUNITY HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health & Human Services,<br><br>Defendant. | 1:12-cv-1642-LJO-SAB<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 30) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 30), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **September 15, 2014**          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE